October term, 1923. Reversed and remanded. Opinion filed January 10, 1924.

Carl E. Robinson and William T. Wilson, for appellant. Walter W. Wright, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Helen McDaniels, appellee, v. S. J. Huntley, appellant. Gen. No. 7,654.

Action for damages to automobile by collision. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Alonzo Hoff, for appellant. William E. Fain, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.